**94–767.**  Am. Seaway Foods, Inc. v. Belden S. Assoc. L.P.  *Stark County,* No. CA–9260.  This cause is pending before the court on the certification of conflict by the Court of Appeals for Stark County.  Upon consideration of appellee's motion for continuance of oral argument currently

scheduled for April 19, 1995,

IT IS ORDERED by the court that the motion for continuance be, and hereby is, denied, effective March 20, 1995.